Claude RICHMOND, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

Gordon L. Johnson, Public Defender Atty., Bowling Green, for appellant.

Ed W. Hancock, Atty. Gen., Thomas A. Ainley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

ISLAND CREEK COAL CO. and Old Republic Insurance Co., Appellants,

v.

Edward Ray MOORE, and Workmen's Compensation Board and Special Fund, Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

D. B. Kazee, Jr., Fred G. Francis Law Office, Prestonsburg, for appellants.

Perry & Greene, Paintsville, Robert D. Hawkins, Chief Counsel, Department of Labor, J. Keller Whitaker, Director Workmen's Comp. Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Howard KASEY, Appellant,

v.

COLUMBIA MANUFACTURING CO. et al., Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

Allen Schmitt, Schmitt & Sandmann, Louisville, for appellant.

James M. Graves, Boehl, Stopher, Graves & Deindoerfer, Louisville, J. Keller Whitaker, Dir., Workmen's Comp. Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

James Wesley ILES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 29, 1973.

James Wesley Iles, pro se.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

* Opinion ordered not to be published.